UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

ROBERT KITTS,

              Plaintiff,

      vs.

EQUIFAX INFORMATION SERVICES, LLC,

              Defendant.

C06-1015 TSZ

**MINUTE ORDER**

**REASSIGNING CASE**

     Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Thomas S. Zilly, United States District Judge.

     All future documents filed in this case must bear the cause number C06-1015 TSZ and bear the Judge's name in the upper right hand corner of the document.

Dated this 8th day of September, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk